United States District Court

Eastern District of California

Edwin E. Chavez,

    Plaintiff,               No. Civ. S 05-1646 LKK PAN P

  vs.                         Order

California Department of Corrections, et al.,

    Defendants.

-oOo-

    Plaintiff, a state prisoner without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983 and requests leave to proceed in forma pauperis.

    Plaintiff alleges a violation of his civil rights in Kings County, California. Kings County is in the Fresno Division of this court and the action should have been commenced there. See Local Rule 3-120(b). The court has not yet ruled on plaintiff's request to proceed in forma pauperis.

    Accordingly, the court hereby orders that:

1  1.  This action is transferred to the Fresno Division.
2  2.  The clerk of court shall assign a new case number.
3  3.  All future filings shall reference the new case number
4 and shall be filed at:

>       United States District Court
>       Eastern District of California
>       1130 "O" Street
>       Fresno, CA 93721

Dated:  November 17, 2005.

                                    /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
                                    Magistrate Judge